| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA R. H. Sailors and Dr. Brad Vince, LLC d/b/a Centennial Park LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4954147** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10750 El Monte**<br>**Overland Park, KS**<br>ZIP Code **66211** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Johnson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Johnson County, Kansas and Jackson County, Missouri** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John J. Cruciani KS** _____
Signature of Attorney for Debtor(s)

**John J. Cruciani KS 16883**
Printed Name of Attorney for Debtor(s)

**Husch Blackwell LLP**
Firm Name

**4801 Main Street**
**Kansas City, MO 64112**

_____
Address

**Email: john.cruciani@huschblackwell.com**
**816-983-8000  Fax: 816-983-8080**
Telephone Number

**July  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard H. Sailors** _____
Signature of Authorized Individual

**Richard H. Sailors**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July  4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## WAIVER OF NOTICE BY THE MEMBERS OF
## CENTENNIAL PARK, LLC

We, the undersigned, being the member of Centennial Park, LLC, do hereby waive notice of the time and place and purpose of a special meeting of members and do hereby fix July 4, 2011, at 4:00 p.m., as the time and at the law offices of Husch Blackwell LLP, 4801 Main Street, Kansa City, Missouri 64112, as the place for holding such meeting for the following purposes:

1. To consider the adoption of a resolution authorizing the members to file a petition on behalf of Centennial Park, LLC, under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Kansas.

2. To consider the appointment of the law firm of Husch Blackwell LLP as the company's attorneys for this purpose.

Each of us hereby waives all of the requirements of the statutes of Kansas and the By-Laws of the company as to notice of said meeting and the time of said meeting and hereby consent to the transaction of any and all business which may lawfully come before said meeting.

IN WITNESS WHEREOF, we have hereunto set our hands this 4th of July, 2011.


_____
RICHARD H. SAILERS, Managing Member


_____
BP CENTENNIAL, LLC, Member
By _Brad Vince, Manager_

## RESOLUTION OF THE MEMBERS OF
## CENTENNIAL PARK, LLC

A special meeting of the members of Centennial Park, LLC was held at 4 p.m., on the 4th day of July, 2011, at the law offices of Husch Blackwell LLP.

The meeting was called to order and it was noted that both members were present and participating. It was noted that the purpose of this meeting was to discuss the filing of a Chapter 11 Bankruptcy Petition and retention of the law firm of Husch Blackwell, LLP, to file and represent Centennial Park, LLC in this proposed proceeding. After due discussion and deliberation, the following Resolution was presented:

> "RESOLVED that the members of Centennial Park, LLC, authorize and approve the filing of the Voluntary Bankruptcy Petition for relief on behalf of Centennial Park, LLC, under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Kansas.
>
> FURTHER RESOLVED that managing member, Richard Sailors, is hereby authorized to execute and file on behalf of Centennial Park, LLC, a Petition for relief under Chapter 11, Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Kansas, and take any and all action in said proceeding and execute such agreements, documents and instruments as may be necessary or proper on behalf of Centennial Park, LLC.
>
> FURTHER RESOLVED that the firm of Husch Blackwell LLP is hereby retained to act on behalf of Centennial Park, LLC in connection with the bankruptcy proceeding."

The members then unanimously agreed to the adoption of the Resolution as set forth herein.

The meeting was then adjourned.

_____
RICHARD H. SAILERS, Managing Member

_____
BP CENTENNIAL, LLC, Member
By _Brad Vince, Manager_____

Managing Member, Richard Sailors, hereby states that the foregoing is a true and accurate detail of the special meeting of the Members of Centennial Park, LLC, held on the 4th day of July, 2011, at 4:00 p.m.

RICHARD H. SAILORS

# United States Bankruptcy Court
## District of Kansas

In re    <u>Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)</u>       Case No.    <u> </u>

                                                   Debtor(s)            Chapter    <u>**11**</u>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009: ($35,940) Ordinary Business Loss Per Tax Return |
| | 2010: Income Tax Returns (Under Extension) - TO BE DETERMINED |
| $0.00 | 2011 YTD: |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **House Park & Dobratz, P.C. Certified Public Accountants 605 West 47th Street, Suite 301 Kansas City, MO 64112** | **04/15/11** | **$1,571.00** | **$516.00** |
| **Douglas Knopp Agency c/o Douglas Knopp 27991 Overbrook Paola, KS 66071** | **04/15/2011** | **$3,000.00** | **$0.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Centennial Park, LLC vs. Fidelity National, et al., Case No. 0916-CV39217, Circuit Court of Jackson County, Missouri** | **Civil Action, Claim against title companies on title insurance policy** | **Circuit Court of Jackson County, Missouri** <br> **Jackson County Courthouse** <br> **415 East 12th Street** <br> **Kansas City, MO 64106** | **Settled July, 2010** |
| **First National Bank of Omaha, Successor by Merger to First National Bank of Kansas vs. Centennial Park, LLC, Case No. 1116-CV05179** | **Civil Action; Petition to Reform Quit Claim Deed and Deed of Trust** | **Circuit Court of Jackson County, Missouri** <br> **Jackson County Courthouse, Division No. 8** <br> **415 East 12th Street** <br> **Kansas City, MO 64106** | **Case filed February 22, 2011; Pending** |
| **First National Bank of Omaha as Successor By Merger to First National Bank of Kansas vs. Centennial Park, LLC, Bradley D. Vince and Richard H. Sailors, Case No. 10-CV-06988** | **Civil Action; Mortgage Foreclosure; Action on Note and Guaranty** | **Johnson County District Court** <br> **Johnson County Courthouse, Division No. 4** <br> **100 North Kansas Avenue** <br> **Olathe, KS 66061** | **Case filed August 6, 2010; Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First National Bank of Omaha as Successor by Merger to First National Bank of Kansas** | | **Proceeds of settlement of suit are $323,154.53 held in Polsinelli Shughart PC's Trust Account (First National Bank of Omaha, as Successor By Merger to First National Bank of Kansas vs. Centennial Park, LLC, et al., Case No. 10-CV-06988, in the District Court of Johnson County, Kansas, Division 4)** |

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Husch Blackwell LLP**<br>**4801 Main Street, Suite 1000**<br>**Kansas City, MO 64112** | **Date: 07/01/2011**<br>**Payor: Richard Sailors** | **$5,557.00** |
| **Husch Blackwell LLP**<br>**4801 Main Street, Suite 1000**<br>**Kansas City, MO 64112** | **Date: 07/01/2011**<br>**Payor: BP Centennial, LLC** | **$28,129.60**<br><br>**Note: Approximately $68,420.40 is in Husch Blackwell LLP's trust account received from BP Centennial, LLC** |

**10. Other transfers**

None
☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **We Are Blessed LLC/Kent Miller** **228 NW McNary Lane** **Lees Summit, MO 64086-4001**     **None** | 04/23/2010 | **Lot 41** **0.7071 Acreage** **30,801 square feet** **Price/SF:  $5.90** **Gross Sale Proceeds $181,727** **Sale proceeds applied to First National Bank loan** **Amount listed on closing statements to First National Bank $167,531** |
| **Cormac**     **None** | 07/2009 | **Debtor granted an easement to CorMac for water line access across a portion of the real property. In addition to increasing the value of the property and providing additional access to a water line for the Debtor, the Debtor received $82,558.50 from CorMac in consideration for the grant of the easement.** |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **14300 Kenneth Road**<br>**Leawood, KS  66224** | **Centennial Park LLC** | **Temporary office prior to May, 2008** |
| **2045 W. 141st Terrace**<br>**Leawood, KS  66224** | **Centennial Park LLC** | **May, 2008 to December 15, 2010** |
| **4831 W. 136th Street**<br>**Leawood, KS  66224-5924** | **Centennial Park LLC** | **December 15, 2010 to April 30, 2011** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **House Park & Dobratz, P.C. Certified Public Accountants 605 West 47th Street, Suite 301 Kansas City, MO 64112** | **Services provided of a bookkeeping nature, including entering items into Quickbooks, making payments and deposits upon request by R. H. Sailors since July, 2009. Services did not include making financial decisions on behalf of the Debtor.** |
| **Kirsten Tharp (Bookkeeper) 10750 El Monte Overland Park, KS 66211** | **July, 2009 - Present** |

None ■ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**House Park & Dobratz, P.C.**

**Kirsten Tharp**

ADDRESS
**Certified Public Accountants**
**605 West 47th Street, Suite 301**
**Kansas City, MO 64112**

**10750 El Monte**
**Overland Park, KS 66211**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                  DATE ISSUED

## 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY      INVENTORY SUPERVISOR      DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                   RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS      NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **BP Centennial LLC** **14553 Sherwood** **Leawood, KS 66224** | **Member** | **50% ownership interest** |
| **Richard H. Sailors** **10750 El Monte** **Overland Park, KS 66211** | **Managing Member** | **50% ownership interest** |

## 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **R. H. Sailors and Company**<br>**10750 El Monte**<br>**Overland Park, KS 66211**<br>   **None** | **July 12, 2010**<br>**July 30, 2010**<br>**October 6, 2010**<br>**Payments for reimbursement and project management** | **$10,662.32 (Check #2053)**<br>**$40.00 (Check #2054)**<br>**$200.00 (Check #2056)** |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July 4, 2011**         Signature   **/s/ Richard H. Sailors**
                                              **Richard H. Sailors**
                                              **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Kansas

In re    __Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)__    Case No. _____

Debtor(s)      Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Betts, Bruce**<br>**6324 W. 231st Street**<br>**Bucyrus, KS 66013** | **Betts, Bruce**<br>**6324 W. 231st Street**<br>**Bucyrus, KS 66013** | **Loan** | | **3,750.00** |
| **BP Centennial, LLC**<br>**14553 Sherwood**<br>**Overland Park, KS 66224** | **BP Centennial, LLC**<br>**14553 Sherwood**<br>**Overland Park, KS 66224** | **Loan (claim amount represent principal only, exclusive of interest or other charges)** | | **485,550.00** |
| **Cornerstone of Missouri**<br>**PO Box 1554**<br>**Raymore, MO 64083** | **Cornerstone of Missouri**<br>**PO Box 1554**<br>**Raymore, MO 64083** | **Trade debt** | | **25,000.00** |
| **Dewey Leasing System, Inc.**<br>**939 State Line Road**<br>**Kansas City, MO 64010-1197** | **Dewey Leasing System, Inc.**<br>**939 State Line Road**<br>**Kansas City, MO 64010-1197** | **Miscellaneous trade debt** | | **450.00** |
| **Gifford, Ted**<br>**712 NE Swann Circle**<br>**Lees Summit, MO 64086** | **Gifford, Ted**<br>**712 NE Swann Circle**<br>**Lees Summit, MO 64086** | **Trade debt** | | **1,500.00** |
| **House Park & Dobratz, P.C.**<br>**Certified Public Accountants**<br>**605 West 47th Street, Suite 301**<br>**Kansas City, MO 64112** | **House Park & Dobratz, P.C.**<br>**Certified Public Accountants**<br>**605 West 47th Street, Suite 301**<br>**Kansas City, MO 64112** | **Accounting services** | | **516.00** |
| **Johnson County Treasurer**<br>**PO Box 2902**<br>**Shawnee Mission, KS 66201-1302** | **Johnson County Treasurer**<br>**PO Box 2902**<br>**Shawnee Mission, KS 66201-1302** | **Lots 5, 6, 7, 8, 9, 13, 14, 15, 16, 20, 21, 22, 25, 26 and 27, BI-STATE BUSINESS PARK, a subdivision in the City of Leawood, Johnson County, Kansas** | | **4,780.31 (8,700,000.00 secured) (8,067,608.42 senior lien)** |
| **Keller Custom Landscape**<br>**PO Box 17**<br>**Grain Valley, MO 64029** | **Keller Custom Landscape**<br>**PO Box 17**<br>**Grain Valley, MO 64029** | **Invoice No. 143 - $120.00**<br>**Invoice No. 165 - $60.00** | | **180.00** |

In re **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Knopp, Douglas**<br>**27991 Overbrook**<br>**Paola, KS 66071** | **Knopp, Douglas**<br>**27991 Overbrook**<br>**Paola, KS 66071** | **Trade debt** | | **6,943.00** |
| **R. H. Sailors and Company**<br>**4831 W. 136th Street**<br>**Leawood, KS 66224-5924** | **R. H. Sailors and Company**<br>**4831 W. 136th Street**<br>**Leawood, KS 66224-5924** | **Trade debt, Loans** | | **242.68** |
| **Ted Row, Inc.**<br>**PO Box 385**<br>**Stilwell, KS 66085** | **Ted Row, Inc.**<br>**PO Box 385**<br>**Stilwell, KS 66085** | **Trade debt** | | **500.00** |
| **Vince, Dr. Bradley D.**<br>**co Paul D. Sinclair**<br>**Polsinelli Shughart PC**<br>**120 W. 12th Street, Suite 1600**<br>**Kansas City, MO 64105** | **Vince, Dr. Bradley D.**<br>**co Paul D. Sinclair**<br>**Polsinelli Shughart PC**<br>**Kansas City, MO 64105** | **Loan** | | **14,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 4, 2011** Signature **/s/ Richard H. Sailors**

**Richard H. Sailors**
**Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

In re __Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)__ ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Lots 5, 6, 7, 8, 9, 13, 14, 15, 16, 20, 21, 22, 25, 26 and 27, BI-STATE BUSINESS PARK, a subdivision in the City of Leawood, Johnson County, Kansas**<br><br>**Real property in Kansas City, Jackson County, Missouri, see attachment for legal description**<br><br>**Note:  The Debtor has also obtained a 'Fair Market' appraisal of the Real Property in the amount of $12,965,000.00.  This Fair Value appraisal is consistent with the Kansas Supreme Court's holding that in determining Fair Value in the context of state foreclosure proceedings it is not appropriate to discount the value of the property based upon future taxes, interest, real estate commissions, and other holding costs.  See Olathe Bank v. Mann, 255 Kan. 351, 363 (1993).** | **Fee simple** | - | 8,700,000.00 | 8,072,388.73 |

|  |  |  |
|---|---:|---|
| Sub-Total > | **8,700,000.00** | (Total of this page) |
| Total > | **8,700,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

Lots 34, 35, 36, 37, 38, 39, and 41, BI-STATE BUSINESS PARK SECOND PLAT, a subdivision in Kansas City, Jackson County, Missouri
and
A tract of land in the North one-half of Fractional Section 30, Township 47, Range 33, in the City of Kansas City, Jackson County, Missouri, more particularly described as follows:

Commencing at the Southwest corner of said North one-half of said Fractional Section 30; thence North 00 degrees 08 minutes 09 seconds West, along the West line of said North one-half, said line also being the West state line of Missouri and the East state line of Kansas, a distance of 1519.10 feet to the Point of Beginning; thence continuing North 00 degrees 08 minutes 09 seconds West along said state line and along the common plat lines of Bi-State Business Park First and Second Plats, a distance of 468.30 feet to a point; thence South 86 degrees 36 minutes 33 seconds East, a distance of 1242.02 feet to a point on the Westerly right-of-way line of Missouri Highway 150; thence South 11 degrees 41 minutes 50 seconds East along said Westerly right-of-way of Wyandotte Street, thence South 48 degrees 01 minutes 52 seconds West along said right-of-way a distance of 328.65 feet to a point, said point being the Northeast corner of Lot 37, Bi-State Business Park, Second Plat; thence North 57 degrees 00 minutes 00 seconds West, along the North line of said plat a distance of 330.84 feet to a point; thence North 68 degrees 18 minutes 00 seconds West, along said North line a distance of 299.60 feet to a point; thence North 89 degrees 21 minutes 31 seconds West, along said North line a distance of 80.00 feet to a point; thence South 89 degrees 51 minutes 51 seconds West, along said North line, a distance of 455.00 feet to the Point of Beginning (Proposed Lots 44-52 of BI-STATE II, Jackson County, Missouri)
and
A tract of land in the North one-half of Fractional Section 30, Township 47, Range 33 and the South one-half of the Northwest Quarter of Section 29, Township 47, Range 33, in the City of Kansas City, Jackson County, Missouri, more particularly described as follows:

Beginning at the Northwest corner of the South one-half of the Northwest Quarter of said Section 29; thence South 85 degrees 44 minutes 40 seconds East along the North line of the South one-half of the Northwest Quarter of said Section 29, 345.27 feet to the true point of beginning; thence continuing along a prolongation of the last described course 1983.34 feet to a point 320.00 feet West of the Northeast corner of the South one-half of the Northwest Quarter of said Section 29 as measured along the North line thereof; thence South 64 degrees 40 minutes 44 West, 1680.40 feet; thence North 86 degrees 01 minutes 22 Seconds West 855.50 feet to a point on the West line of the South one-half of the Northwest Quarter of said Section 29; thence North 86 degrees 34 minutes 16 seconds West, 892.76 feet to a point on the Southeasterly right-of-way line of the Missouri Pacific Railroad Company; thence North 59 degrees 38 minutes 19 seconds East along said right-of-way line, 1074.51 feet to a point on the West line of the South one-half of the Northwest Quarter of said Section 29; thence continuing along a prolongation of the last described course 415.53 feet to the true point of beginning.

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**      Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | FNB Operating/Checking Account PO Box 7428 Shawnee Mission, KS 66207-0428 (Account #90083342) | - | 189.83 |
| | | | Hartford State Bank Operating/Checking Account PO Box B Hartford, KS 66854 (Account #903) | - | 0.00 |
| | | | Proceeds of settlement of suit are $323,154.53 held in Polsinelli Shughart PC's Trust Account pursuant to Joint Stipulation and Order Regarding Settlement Proceeds entered on March 25, 2011 (First National Bank of Omaha, as successor by merger to First National Bank of Kansas vs. Centennial Park, LLC, et al., Case No. 10-CV-06988, in the District Court of Johnson County, Kansas, Division 4) | - | 323,154.53 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Earnest money on unsold lot in escrow First American Title 7200 College Boulevard Overland Park, KS 66210 | - | 5,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |

                                                              Sub-Total >      **328,344.36**
                                                            (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re  **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** ,  Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | SRKo Centennial Park, LLC Note Payable Dated: October 9, 2008 ($220,000, less payment on December 11, 2009 of $33,000.00 and payment on July 10, 2010 for $29,326.00, leaves a current balance of $157,674.00) | - | 157,674.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >  157,674.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**    ,    Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor is evaluating possible direct and avoidance claims against First National Bank for, among other things, wrongful default and acceleration, and damages resulting therefrom.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trade name of "Centennial Park"** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous signage, brochures and marketing materials** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                      Sub-Total >       **0.00**
                                             (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                             Best Case Bankruptcy

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**    ,    Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | 0.00 |
| Total > | 486,018.36 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**        Case No. _____

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No.<br><br>**First National Bank of Omaha as successor by merger to First National Bank of Kansas Attn Chris Willis PO Box 7428 Overland Park, KS 66207-0428** | X | - | | | **Real property in Johnson County, Kansas and Jackson County, Missouri, as reflected on Schedule A, and all other Debtor's assets, including personal property.** | X | X | X | | |
| | | | | | Value $         **8,700,000.00** | | | | 8,067,608.42 | 0.00 |
| Account No.<br><br>**First National Bank of Omaha co Carrie E. Josserand Lathrop & Gage LLP, Suite 1000 10851 Mastin Blvd., Bldg. 82 Overland Park, KS 66210-1669** | | - | | | **FOR NOTICE PURPOSES ONLY** | | | | | |
| | | | | | Value $         **0.00** | | | | 0.00 | 0.00 |
| Account No.<br><br>**First National Bank of Omaha co Jennifer K. Vath SNR Denton US LLP 4520 Main Street, Suite 1100 Kansas City, MO 64111** | | - | | | **FOR NOTICE PURPOSES ONLY** | | | | | |
| | | | | | Value $         **0.00** | | | | 0.00 | 0.00 |
| Account No. **Various Accounts**<br><br>**Jackson County Assessor Jackson County Courthouse 415 E. 12th Street Kansas City, MO 64106** | | - | | | **2011**<br>**Real Estate Taxes**<br>**FOR NOTICE PURPOSES ONLY**<br>**Real property as described in Attachment to Schedule A located in Kansas City, Jackson County, Missouri** | | | | | |
| | | | | | Value $         **8,700,000.00** | | | | 0.00 | 0.00 |

  **1**    continuation sheets attached

| | Subtotal | 8,067,608.42 | 0.00 |
|---|---|---|---|
| | (Total of this page) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Various Accounts**<br><br>**Johnson County Treasurer**<br>**PO Box 2902**<br>**Shawnee Mission, KS 66201-1302** | - | | **2011**<br>**Real Estate Taxes**<br>**Lots 5, 6, 7, 8, 9, 13, 14, 15, 16, 20, 21, 22, 25, 26 and 27, BI-STATE BUSINESS PARK, a subdivision in the City of Leawood, Johnson County, Kansas** | | | | | |
| | | | Value $        **8,700,000.00** | | | | **4,780.31** | **4,780.31** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **4,780.31** | **4,780.31** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **8,072,388.73** | **4,780.31** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**  ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0 continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Batson, Thad H.**<br>**Attorney at Law**<br>**4505 Madison Avenue**<br>**Kansas City, MO 64111-3509** | | - | | | **Legal services** | | | | **Unknown** |
| Account No.<br><br>**Betts, Bruce**<br>**6324 W. 231st Street**<br>**Bucyrus, KS 66013** | | - | | | **06/18/10, 07/24/10**<br>**Loan** | | | | **3,750.00** |
| Account No.<br><br>**BP Centennial, LLC**<br>**14553 Sherwood**<br>**Overland Park, KS 66224** | | - | | | **06/18/2010**<br>**Loan (claim amount represent principal only, exclusive of interest or other charges)** | | | | **485,550.00** |
| Account No.<br><br>**Cornerstone of Missouri**<br>**PO Box 1554**<br>**Raymore, MO 64083** | | - | | | **03/17/10, 05/12/10, 06/16/10, 07/15/10, 08/16/10**<br>**Trade debt** | | | | **25,000.00** |
| __2__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **514,300.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     S/N:36538-110309   Best Case Bankruptcy

In re **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dewey Leasing System, Inc.** <br> **939 State Line Road** <br> **Kansas City, MO 64010-1197** | - | | **03/10/10, 06/08/10** <br> **Miscellaneous trade debt** | | | | 450.00 |
| Account No. <br><br> **Gifford, Ted** <br> **712 NE Swann Circle** <br> **Lees Summit, MO 64086** | - | | **07/15/10** <br> **Trade debt** | | | | 1,500.00 |
| Account No. **x6722** <br><br> **House Park & Dobratz, P.C.** <br> **Certified Public Accountants** <br> **605 West 47th Street, Suite 301** <br> **Kansas City, MO 64112** | - | | **April, 2011** <br> **Accounting services** | | | | 516.00 |
| Account No. <br><br> **Insignia Real Estate, LLC** <br> **co Chris Rainbolt** <br> **4305 W. 82nd Terrace** <br> **Prairie Village, KS 66208** | - | | | | | | 0.00 |
| Account No. <br><br> **Keller Custom Landscape** <br> **PO Box 17** <br> **Grain Valley, MO 64029** | - | | **Invoice No. 143 - $120.00** <br> **Invoice No. 165 - $60.00** | | | | 180.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **2,646.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Knopp, Douglas**<br>**27991 Overbrook**<br>**Paola, KS 66071** | - | | **11/30/09**<br>**Trade debt** | | | | **6,943.00** |
| Account No.<br><br>**R. H. Sailors and Company**<br>**4831 W. 136th Street**<br>**Leawood, KS 66224-5924** | - | | **08/27/10**<br>**Trade debt, Loans** | | | | **242.68** |
| Account No.<br><br>**Ted Row, Inc.**<br>**PO Box 385**<br>**Stilwell, KS 66085** | - | | **06/11/10**<br>**Trade debt** | | | | **500.00** |
| Account No.<br><br>**Vince, Dr. Bradley D.**<br>**co Paul D. Sinclair**<br>**Polsinelli Shughart PC**<br>**120 W. 12th Street, Suite 1600**<br>**Kansas City, MO 64105** | - | | **04/15/2008**<br>**Loan** | | | | **14,000.00** |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **21,685.68** |
| | Total<br>(Report on Summary of Schedules) | **538,631.68** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
|  |  |

**0**

    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Sailors, Richard H.**<br>**4831 W. 136th Street**<br>**Leawood, KS 66224-5924** | **First National Bank of Omaha**<br>**as successor by merger to**<br>**First National Bank of Kansas**<br>**Attn Chris Willis PO Box 7428**<br>**Overland Park, KS 66207-0428** |
| **Vince, Dr. Bradley D.**<br>**14553 Sherwood**<br>**Leawood, KS 66224** | **First National Bank of Omaha**<br>**as successor by merger to**<br>**First National Bank of Kansas**<br>**Attn Chris Willis PO Box 7428**<br>**Overland Park, KS 66207-0428** |
| **Vince, Dr. Bradley D.**<br>**co Paul D. Sinclair**<br>**Polsinelli Shughart PC**<br>**120 W. 12th Street, Suite 1600**<br>**Kansas City, MO 64105**<br>    **FOR NOTICE PURPOSES ONLY** | |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court
### District of Kansas

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** ,

Case No. _____

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 8,700,000.00 | | |
| B - Personal Property | Yes | 4 | 486,018.36 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 8,072,388.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 538,631.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 9,186,018.36 | | |
| Total Liabilities | | | | 8,611,020.41 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court

### District of Kansas

In re   **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**  ,   Case No. _____

                                                                          Debtor

                                                                          Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re    __Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)__      Case No. _____

                                      Debtor(s)             Chapter    __11__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __July 4, 2011__ _____        Signature    __/s/ Richard H. Sailors__ _____

                                                                     **Richard H. Sailors**
                                                                     **Managing Member**

_Penalty for making a false statement or concealing property:_   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Internal Revenue Service
Insolvency Operations
PO Box 21126
Philadelphia PA 19114


Batson, Thad H.
Attorney at Law
4505 Madison Avenue
Kansas City MO 64111-3509


Betts, Bruce
6324 W. 231st Street
Bucyrus KS 66013


BP Centennial, LLC
14553 Sherwood
Overland Park KS 66224


Cornerstone of Missouri
PO Box 1554
Raymore MO 64083


Dewey Leasing System, Inc.
939 State Line Road
Kansas City MO 64010-1197


First National Bank of Omaha
as successor by merger to
First National Bank of Kansas
Attn Chris Willis PO Box 7428
Overland Park KS 66207-0428


First National Bank of Omaha
co Carrie E. Josserand
Lathrop & Gage LLP, Suite 1000
10851 Mastin Blvd., Bldg. 82
Overland Park KS 66210-1669


First National Bank of Omaha
co Jennifer K. Vath
SNR Denton US LLP
4520 Main Street, Suite 1100
Kansas City MO 64111

Gifford, Ted
712 NE Swann Circle
Lees Summit MO 64086


House Park & Dobratz, P.C.
Certified Public Accountants
605 West 47th Street, Suite 301
Kansas City MO 64112


Insignia Real Estate, LLC
co Chris Rainbolt
4305 W. 82nd Terrace
Prairie Village KS 66208


Jackson County Assessor
Jackson County Courthouse
415 E. 12th Street
Kansas City MO 64106


Johnson County Treasurer
PO Box 2902
Shawnee Mission KS 66201-1302


Keller Custom Landscape
PO Box 17
Grain Valley MO 64029


Knopp, Douglas
27991 Overbrook
Paola KS 66071


R. H. Sailors and Company
4831 W. 136th Street
Leawood KS 66224-5924


Sailors, Richard H.
4831 W. 136th Street
Leawood KS 66224-5924


Ted Row, Inc.
PO Box 385
Stilwell KS 66085

```
Vince, Dr. Bradley D.
co Paul D. Sinclair
Polsinelli Shughart PC
120 W. 12th Street, Suite 1600
Kansas City MO 64105


Vince, Dr. Bradley D.
14553 Sherwood
Leawood KS 66224
```

# United States Bankruptcy Court

## District of Kansas

In re    **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)** ,     Case No. _____

                       Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BP Centennial, LLC**<br>**14553 Sherwood**<br>**Leawood, KS 66224** | | | **50% ownership interest** |
| **Richard H. Sailors**<br>**10750 El Monte**<br>**Leawood, KS 66211** | | | **50% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 4, 2011** _____      Signature **/s/ Richard H. Sailors** _____

                                                 **Richard H. Sailors**

                                                 **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re   **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**     Case No. _____

                                Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July  4, 2011**                    **/s/ Richard H. Sailors**

                                         **Richard H. Sailors/Managing Member**

                                         Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   __Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)__     Case No.   _____

                                                  Debtor(s)                Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BP Centennial, LLC
14553 Sherwood
Leawood, KS 66224**

☐ None [*Check if applicable*]

__July 4, 2011__

Date

/s/ John J. Cruciani KS

**John J. Cruciani KS 16883**

Signature of Attorney or Litigant

Counsel for   **Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)**

**Husch Blackwell LLP**

**4801 Main Street
Kansas City, MO 64112
816-983-8000 Fax:816-983-8080
john.cruciani@huschblackwell.com**