Form onotdsclstmt  (Revised 10/24/2005)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 11−22026                                   Chapter: 11

In re: (Name of Debtor)

Centennial Park LLC, a Missouri LLC (Mo. Charter #LC0723644)
fdba   R. H. Sailors and Dr. Brad Vince, LLC d/b/a Centennial
       Park LLC
10750 El Monte
Overland Park, KS 66211

EIN: 20−4954147

| Entered By The Court 7/12/11 | ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT | Filed By The Court 7/12/11 Fred Jamison Clerk of Court US Bankruptcy Court |

To the debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code was filed under Fed. R. Bankr. P. 3016(c) on 7/4/11.

IT IS ORDERED and notice is hereby given, that

1.  The hearing to consider the approval of the disclosure statement shall be held at 161 Robert J Dole US Courthouse, 500 State Avenue Room 144, Kansas City, KS 66101 on 8/31/11 at 09:00 AM.

2.  Objections to the Disclosure Statement shall be filed with the Clerk and served on the proponent of the plan, the United States Trustee, and the Creditors' Committee, if any, on or before 8/24/11.

3.  Within 15 days after entry of this order, the disclosure statement and plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a), and this order and notice mailed pursuant to Fed. R. Bankr. 2002(b). Upon distribution the proponent shall file with the Clerk of the Bankruptcy Court a Certificate of Mailing listing the names and addresses of those parties to whom distribution was made.

4.  Requests for copies of the disclosure statement and plan shall be mailed to:
John J. Cruciani
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

5.  The Court expects counsel for the proponent of the disclosure statement, in a case where objections to a disclosure statement are made, to communicate with the objecting party and attempt to comply with appropriate objections by filing an amended disclosure statement. The amendment, if any, should be filed and circulated in a timely fashion so that objection to it may be made prior to the scheduled hearing date. Failure of counsel to communicate and to make timely amendments, if appropriate, may result in dismissal.

Document 28 − 4, 7

s/ Dale L. Somers
United States Bankruptcy Judge